# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Owen Hobbs,
    Petitioner

vs                                Case No. 1:01cv720
                                       (Spiegel, J.; Perelman, M.J.)

Harry K. Russell,
    Respondent

## ORDER

Petitioner, an inmate in state custody at the Lebanon Correctional Institution in Lebanon, Ohio, has filed through counsel a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2000 murder conviction. (*See* Doc. 1). In the petition, he raised a claim under *Batson v. Kentucky,* 476 U.S. 79 (1986). (*See Id.*). On January 8, 2004, this Court ordered respondent to file a transcript of the jury voir dire within twenty (20) days to assist this Court in determining the merits of petitioner's claim. (Doc. 5). As of this date, respondent has not filed the transcript.

Therefore, respondent is hereby ORDERED TO SHOW CAUSE within fifteen (15) days of the date of this Order, why he has failed to respond to the Court's Order in a timely manner.

Date: February 23, 2004                 S/David S. Perelman
     hr                                                    David S. Perelman
        J:\ROSENBEH\2254(2004)\01-720shctran.wpd     United States Magistrate Judge