UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| OWEN HOBBS, | : | Case No. 1:01CV720 |
| Petitioner, | : | |
| | | Judge Spiegel |
| v. | : | |
| HARRY K. RUSSELL, WARDEN, | : | Magistrate Judge Perelman |
| Respondent. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

Now comes Respondent, Harry K. Russell, by and through counsel, and hereby notifies the Court and other parties that he is represented by Assistant Attorney General J. Joseph Bodine, Jr., whose address and telephone number are set forth below.

Consequently, all pleadings and correspondence regarding this defendant should be directed to J. Joseph Bodine, Jr. This Notice of Appearance of Counsel is effective immediately.

Respectfully submitted,

JIM PETRO
Attorney General

s/J. Joseph Bodine, Jr.
J. JOSEPH BODINE, JR.
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio  43215
(614) 644-7233

Trial Attorney for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2004, a copy of the foregoing *Notice of Appearance of Counsel* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/J. Joseph Bodine, Jr.
J. Joseph Bodine, Jr.
Assistant Attorney General
