UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| OWEN HOBBS, | : | Case No. 1:01CV720 |
| Petitioner, | : | |
| | : | Judge Spiegel |
| v. | : | |
| HARRY K. RUSSELL, WARDEN, | : | Magistrate Judge Perelman |
| Respondent. | : | |

### NOTICE OF MANUAL FILING

Please take notice that Respondent has manually filed the following document or thing:

**Complete Transcript of Trial Proceedings
Pages 1 through 1088**

These documents have not been filed electronically because the electronic file size exceeds 1.5 megabytes.

Respectfully submitted,

JIM PETRO (0022096)
Attorney General

/s/J. Joseph Bodine, Jr.
J. JOSEPH BODINE, JR. (0042132
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(614) 728-9327 facsimile
jbodine@ag.state.oh.us

TRIAL COUNSEL FOR RESPONDENT

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27th, 2004, a copy of the foregoing *Notice of Manual Filing* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/J. Joseph Bodine, Jr.
J. Joseph Bodine, Jr.
Assistant Attorney General
