IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Owen Hobbs, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01-cv-00720 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| Harry K. Russell, Warden : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Magistrate Judge's Report and Recommendation (doc. 10) is hereby ADOPTED IN IT'S ENTIRETY.  Petitioner's Petition for Writ of habeas Corpus (doc. 1) is DENIED.  A certificate of appealability shall not issue in this case.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this order may not be taken in good faith. Petitioner is hereby denied leave to appeal in forma pauperis on any appeal from this Order.

7/28/04                                                                                      James Bonini, Clerk


s/Kevin Moser
Kevin Moser
Deputy Clerk